UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-CR-1112-TWR |
| v. | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE SENTENCING HEARING** |
| JERRICK ABUEG (1),<br><br>Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing from January 23, 2026, to July 10, 2026, at 9:30 a.m., is granted.

**SO ORDERED**.

DATED: 12/18/2025

**Honorable Todd W. Robinson**
United States District Court Judge